UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERIC ROSS**

**VERSUS**

**DARRELL VANNOY, WARDEN**

**CIVIL ACTION**

**NO.   22-1652**

**SECTION "H"(4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file a substantive objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Eric Ross's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of July, 2024.

_____
**UNITED STATES DISTRICT JUDGE**